FILED

05/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0152

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 23-0152

ESTATE OF GARY JOSEPH FRIESE,

     Plaintiff, Counter-Defendant, and Appellant,

v.

MARY ANN FORD,

     Defendant, Counter-Plaintiff, and Appellee.

## ORDER

Upon consideration of the Estate's *Motion for First Extension of Time to File Opening Brief,* and good cause appearing,

IT IS HEREBY ORDERED that the Estate's motion is GRANTED. The Estate shall file its opening brief on or before June 26, 2023.